S.D.N.Y.—N.Y.C.
19-cv-11629
Broderick, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand twenty-two.

Present:
    Pierre N. Leval,
    Raymond J. Lohier, Jr.,
    Myrna Pérez,
        *Circuit Judges*.

Hai Dong Li,

    *Plaintiff-Appellant*,

v.      21-2525

Alibaba Group Holding Ltd.,

    *Defendant-Appellee*,

Ant Financial Service Group, et al.,

    *Defendants*.

Appellee moves for summary affirmance of the district court's orders: (1) dismissing Appellant's amended complaint; (2) imposing a leave-to-file sanction on Appellant; and (3) denying Appellant leave to file a new complaint in state court. Upon due consideration, it is hereby ORDERED that the motion is GRANTED with respect to the dismissal of the amended complaint and the denial of leave to file a new complaint in state court. Review of the record and Appellant's arguments confirms that those portions of the appeal are clearly without merit, and further briefing and argument are not necessary. *United States v. Davis*, 598 F.3d 10, 13 (2d Cir. 2010). It is further ORDERED that the motion is DENIED with respect to the part of the district court's order

imposing a leave-to-file sanction. The appeal, limited to the propriety of the leave-to-file sanction, will proceed in the ordinary course.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*[signature and seal of the United States Court of Appeals for the Second Circuit]*